LAW OFFICE OF DAVID GARLAND
David M. Garland, SBN 223679
Sacramento, CA 95814
Telephone: (916) 366-1069
Email: dgarland@rocketmail.com

Attorney for Defendant

ERICK STEVEN PEREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ERICK STEVEN PEREZ,<br><br>　　　　Defendant | Case No.: 2:19-CR-00105-TLN<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING AND MODIFYING SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT<br><br>DATE:　　MAY 14, 2020<br>TIME:　　09:30 A.M.<br>COURT:　HON. TROY L. NUNLEY |
|---|---|

**STIPULATION**

Defendant, by and through his counsel of record, hereby requests an order continuing his Judgment and Sentencing, currently scheduled for May 14, 2020, to July 16, 2020, at 9:30 a.m., due to a delay in the scheduling of the pre-sentencing interview and preparation of the Pre-Sentencing Report. The United States and the Probation Office have no

1

objection to the requested continuance. The parties hereby stipulate and request the Schedule for Disclosure of Pre-Sentence Report and for the filing of Objections to the Pre-Sentence Report be modified as follows:

  Reply or statement of non-opposition shall be filed with the court no later than: 7/08/2020

  Formal Objections to the Pre-Sentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: 7/01/2020

  Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: 6/16/2020

  The Probation Officer's Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: 6/05/2020.

**IT IS SO STIPULATED.**

Dated:  May 11, 2020           /s/ DAVID GARLAND
                  DAVID GARLAND
                  Counsel for Defendant

Dated:  May 11, 2020           McGREGOR W. SCOTT
                  United States Attorney

                  /s/ VICENZA RABENN
                  VICENZA RABENN
                  Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of May, 2020.

_____
Troy L. Nunley
United States District Judge