Law Office of David Garland
DAVID M. GARLAND CA SBN 223679
455 Capitol Mall #802
Sacramento, CA 95814
Telephone: (916) 366-1069
Email: dgarland@rocketmail.com

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00105-TLN |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER RE: CONTINUING JUDGMENT AND SENTENCING |
| ERICK STEVEN PEREZ, | |
| Defendant | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, Vicenza Rabenn, and Defendant Erick Perez, represented by Attorney David Garland, hereby stipulate and request an order re-setting the Defendant's hearing for Judgment and Sentencing, currently scheduled for September 17, 2020, to November 12, 2020 at 9:30 a.m.

The stipulation and requested continuance is based upon the defense counsel's desire to obtain and submit additional materials in mitigation.

STIPULATION AND  - 1

The parties further stipulate that the Presentencing Report is now final and no further disclosure schedule is requested.

The probation department is aware of this stipulation and request and has no opposition to it.

IT IS SO STIPULATED.

                                                MCGREGOR SCOTT
                                                United States Attorney

Dated: September 15, 2020        s/ VICENZA RABENN
                                                Assistant United States Attorney

Dated:  September 15, 2020       /s/ DAVID GARLAND
                                                Attorney for Erick Steven Perez

**ORDER**

IT IS SO FOUND AND ORDERED this 15th day of September, 2020.

                                                  Troy L. Nunley
                                                  United States District Judge