|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>January 7, 2021<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ERICK STEVEN PEREZ,<br><br>        Defendant. | Case No.  2:19-CR-00105-01-TLN<br><br>**ORDER FOR RELEASE OF<br>PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ERICK STEVEN PEREZ, Case No. 2:19-CR-00105-01-TLN Charge 18 U.S.C. § 922(g), from custody for the following reasons:

    \_\_\_\_\_  Release on Personal Recognizance

    \_\_\_\_\_  Bail Posted in the Sum of $ _____

          \_\_\_\_\_  Unsecured Appearance Bond $ _____

          \_\_\_\_\_  Appearance Bond with 10% Deposit

          \_\_\_\_\_  Appearance Bond with Surety

          \_\_\_\_\_  Corporate Surety Bail Bond

            X  (Other): TIME SERVED.

Issued at Sacramento, California on January 7, 2021 at 10:00 AM.

By: _____

District Judge Troy L. Nunley