# UNITED STATES DISTRICT COURT
## Eastern District of California

### Petition For Warrant
### For Offender Under Supervision

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Docket No.** 2:19CR00105-01 |
| V. | Federal Charges: |
| Erick Steven Perez | Felon in Possession of a Firearm- 18 U.S.C. § 922(G) |

**COMES NOW,** Sarah R. Johnson   Probation Officer of the Court, presenting a form 12C upon the conduct of Erick Steven Perez, who was placed on Supervised Release by the Honorable Troy L. Nunley, District Judge sitting in the Court at Sacramento, California on 01/25/2021, who imposed the following special condition(s) of supervision, which are at issue in this report:

**SPECIAL CONDITION(S) OF SUPERVISION:**

1) Submit to Search; 2) Treatment; 3) Drug Testing; 4) Mental Health Treatment; 5) Treatment Co-Pay; 6) No association with gang members of the Big Orland Trece or any other gang; 7) Location monitoring for five months

**ALLEGED VIOLATION CONDUCT:**

Failing to abide by the standard condition of supervision requiring he not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon.

**PRAYING THAT THE COURT WILL ORDER:**

The issuance of a no-bail warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: 04/01/2021                                     /s/ Sarah R. Johnson

                                                     Deputy Chief U.S. Probation Officer

## ORDER

[✓] The Court hereby orders a no-bail warrant to be issued for the arrest of the defendant.
[ ] The Court hereby issues a summons
[ ] Other:

Dated: 04/01/2021                                     /s/ Kendall J. Newman

                                                     United States Magistrate Judge

**JUSTIFICATION:**

United States Probation Officer Garey White received multiple calls and text messages advising the defendant was in possession of at least two firearms. Following this information, a search of the defendant's residence was arranged for April 1, 2021. While searching the residence, at least two firearms were located. The defendant has been arrested locally; however, bail amount is unknown. In light of the defendant's criminal history, his instant offense, and his possession of at least two firearms, we find him to be a risk of danger to the community and believe a no-bail warrant is appropriate at this time.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 04/01/2021

/s/ Sarah R. Johnson
_____
Deputy Chief U.S. Probation Officer